# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| GEORGE ALEXANDER PORTER, | Civil Action No. 7:09cv00465 |
| Petitioner, | **FINAL ORDER** |
| v. | |
| GENE M. JOHNSON | By: Samuel G. Wilson |
| | United States District Judge |
| Respondent. | |

In accordance with the Memorandum Opinion entered this day, it is **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED**, petitioner's petition is **DISMISSED**, and this action is **STRICKEN** from the court's docket.

The court finds that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1) and **DENIES** a certificate of appealability.

**ENTER:** This July 30, 2010.

UNITED STATES DISTRICT JUDGE